# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CELY TABLIZO,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS,<br><br>　　　　　　　Defendant. | 2:14-cv-00763-APG-VCF<br><br>Consolidated with 2:14-cv-00887-APG-VCF<br><br>**ORDER** |

　　　Before the court is *Cely Tablizo v. City of Las Vegas*, case no. 2:14-cv-00763-APG-VCF. This case is consolidated with case no. 2:14-cv-00887-APG-VCF. (#17). A discovery plan and scheduling order has been filed in lead case 2:14-cv-00763-APG-VCF but has not been filed in the member case. The discovery plan and scheduling order (#13), in the lead case, will govern discovery for the member case.

　　　IT IS HEREBY ORDERED that the discovery plan and scheduling order (#13) in case no. 2:14-cv-00763-APG-VCF is mandated to member case 2:14-cv-00887-APG-VCF.

　　　Dated this 8th day of October, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE