BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: JACK O. ESLINGER
Deputy City Attorney
Nevada Bar No. 8443
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: jeslinger@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CELY TABLIZO,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political entity, DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>        Defendant. | CASE NO. 2:14-cv-00763-APG-VCF<br><br>**ORDER** |

**STIPULATION AND REQUEST TO EXTEND DISPOSITIVE MOTION DEADLINE**
**(Third Request)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CELY TABLIZO, by and through her attorney KIRK T. KENNEDY, ESQ., and the Defendant CITY OF LAS VEGAS, by and through its attorney JACK O. ESLINGER, ESQ., Deputy City Attorney, that the parties request that this Court extend the deadline for Dispositive Motions to June 29, 2015. This is the third request by stipulation to extend this deadline.

**DESCRIPTION OF ACTION:** This is a gender discrimination based action under Title VII, as well as a consolidated FMLA discrimination action. The Defendant has denied all claims for relief.

    1.    Reasons Why the Parties Need Additional Time to File Dispositive Motions:

The City of Las Vegas has not received the deposition transcripts of Michael Scalzi and Paula Adams taken on February 11, 2015. These transcripts are required to draft its dispositive

motion. The City of Las Vegas' counsel has been advised that the court reporter has experienced computer issues and illness which has resulted in the delay of providing these transcripts. The court reporter is confident the deposition transcripts will be available in the next 30 days.

The following list of the current dispositive motions deadlines and parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Dispositive Motions | May 29, 2015 | **June 29, 2015** |
| Joint Pretrial Order | June 29, 2015 | **July 29, 2015** |

The Pretrial Order shall be filed by July 29, 2015, which is not more than thirty (30) days after the date set for filing dispositive motions in this case. This deadline is suspended if dispositive motions are timely filed and, in such case, the deadline for filing the pretrial order shall be thirty (30) days after decision on said dispositive motions, or by further order of the court. The disclosures required by FRCP Rule 26 (a)(3) shall be made in the joint pretrial order.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to file dispositive motions in this case and adequately prepare their respective cases for trial.

This is the third request for extension of time to file dispositive motions in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the additional extension.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

Dispositive Motions to June 29, 2015, and the deadline to file the Joint Pretrial Order to July 29, 2015.

DATED this 27th day of May, 2015.　　　DATED this 27th day of May, 2015.

BRADFORD R. JERBIC
City Attorney

By: /s/ Jack O. Eslinger　　　　　　　　By: /s/ Kirk T. Kennedy
　　JACK O. ESLINGER　　　　　　　　　　KIRK T. KENNEDY, ESQ.
　　Deputy City Attorney　　　　　　　　Nevada Bar No. 5032
　　Nevada Bar No. 8443　　　　　　　　 815 S. Casino Center Blvd.
　　495 South Main Street, Sixth Floor　Las Vegas, NV 89101
　　Las Vegas, NV 89101　　　　　　　　 Attorney for Plaintiff
　　Attorneys for CITY OF LAS VEGAS

**ORDER**

IT IS SO ORDERED.

Dated: June 2, 2015.

_____
UNITED STATES DISTRICT JUDGE