| | |
|---|---|
| 1 | BRADFORD R. JERBIC |
|   | City Attorney |
| 2 | Nevada Bar No. 1056 |
|   | By: JACK O. ESLINGER |
| 3 | Deputy City Attorney |
|   | Nevada Bar No. 8443 |
| 4 | 495 South Main Street, Sixth Floor |
|   | Las Vegas, NV 89101 |
| 5 | (702) 229-6629 |
|   | (702) 386-1749 (fax) |
| 6 | Email: jeslinger@lasvegasnevada.gov |
|   | Attorneys for CITY OF LAS VEGAS |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CELY TABLIZO, | |
| Plaintiff, | |
| vs. | CASE NO. 2:14-cv-00763-APG-VCF |
| CITY OF LAS VEGAS, a political entity, DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, | |
| Defendant. | |

**STIPULATION AND REQUEST TO EXTEND DISPOSITIVE MOTION DEADLINE**
**(Fourth Request)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CELY TABLIZO, by and through her attorney KIRK T. KENNEDY, ESQ., and the Defendant CITY OF LAS VEGAS, by and through its attorney JACK O. ESLINGER, ESQ., Deputy City Attorney, that the parties request that this Court extend the deadline for Dispositive Motions to July 20, 2015. This is the fourth request by stipulation to extend this deadline.

**DESCRIPTION OF ACTION:** This is a gender discrimination based action under Title VII, as well as a consolidated FMLA discrimination action. The Defendant has denied all claims for relief.

1. <u>Reasons Why the Parties Need Additional Time to File Dispositive Motions:</u>

On Monday, June 22, 2015, the City of Las Vegas received the deposition transcripts of Michael Scalzi and Paula Adams taken on February 11, 2015. These transcripts are required to

draft its dispositive motion which is currently due on July 29, 2015. Additionally, counsel for the City of Las Vegas will be out of the office during the week of June 29, 2015. The following list of the current dispositive motions deadlines and parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Dispositive Motions | June 29, 2015 | **July 20, 2015** |
| Joint Pretrial Order | July 29, 2015 | **August 20, 2015** |

The Pretrial Order shall be filed by August 20, 2015, which is not more than thirty (30) days after the date set for filing dispositive motions in this case. This deadline is suspended if dispositive motions are timely filed and, in such case, the deadline for filing the pretrial order shall be thirty (30) days after decision on said dispositive motions, or by further order of the court. The disclosures required by FRCP Rule 26 (a)(3) shall be made in the joint pretrial order.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to file dispositive motions in this case and adequately prepare their respective cases for trial.

This is the fourth request for extension of time to file dispositive motions in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the additional extension.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

Dispositive Motions to July 20, 2015, and the deadline to file the Joint Pretrial Order to August 20, 2015.

DATED this 23rd day of June, 2015.                    DATED this 23rd day of June, 2015.

BRADFORD R. JERBIC
City Attorney


By: /s/ Jack O. Eslinger                              By: /s/ Kirk T. Kennedy
    JACK O. ESLINGER                                      KIRK T. KENNEDY, ESQ.
    Deputy City Attorney                                  Nevada Bar No. 5032
    Nevada Bar No. 8443                                   815 S. Casino Center Blvd.
    495 South Main Street, Sixth Floor                    Las Vegas, NV 89101
    Las Vegas, NV 89101                                   Attorney for Plaintiff
    Attorneys for CITY OF LAS VEGAS

## ORDER

IT IS SO ORDERED.

DATED this 24th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE