KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CELY TABLIZO, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> THE CITY OF LAS VEGAS, a political entity; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, <br><br> Defendants. | Case No: 2:14-cv-0763-APG-VCF <br><br><br> **ORDER** |

### STIPULATION TO EXTEND TIME FOR RESPONSE TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND THE REPLY DEADLINE
### (First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, CELY TABLIZO, by and through her undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant, THE CITY OF LAS VEGAS, by and through its undersigned counsel, JACK O. ESLINGER, Deputy City Attorney, that the Plaintiff's response to the Defendant's motion for summary judgment is due by August 13, 2015 and that the parties agree to extend the time for the Plaintiff's response to September 18, 2015.

The parties further agree that any reply by the Defendant shall be due by October 16, 2015. This stipulation is entered into because Plaintiff's counsel needs additional time to research and prepare his response. This is the first request for an extension to

1

respond to the Defendant's motion for summary judgment.

| | |
|---|---|
| /s/Kirk T. Kennedy<br>KIRK T. KENNEDY, ESQ.<br>Nevada Bar No: 5032<br>815 S. Casino Center Blvd.<br>Las Vegas, NV 89101<br>(702) 385-5534<br>Attorney for Plaintiff<br><br>Dated: 8/5/15 | /s/Jack O. Eslinger<br>JACK O. ESLINGER<br>Deputy City Attorney<br>City of Las Vegas<br>495 S. Main St., 6th Fl.<br>Las Vegas, NV 89101<br>(702) 229-6629<br>Attorney for Defendant<br><br>Dated: 8/5/15 |

**ORDER**

IT IS SO ORDERED.

Dated: August 5, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE