1  | BRADFORD R. JERBIC
   | City Attorney
2  | Nevada Bar No. 1056
   | By: JACK O. ESLINGER
3  | Deputy City Attorney
   | Nevada Bar No. 8443
4  | 495 South Main Street, Sixth Floor
   | Las Vegas, NV 89101
5  | (702) 229-6629
   | (702) 386-1749 (fax)
6  | Email: jeslinger@lasvegasnevada.gov
   | Attorneys for CITY OF LAS VEGAS
7  |
8  | UNITED STATES DISTRICT COURT
9  | DISTRICT OF NEVADA

10  CELY TABLIZO,

11                  Plaintiff,

12        vs.

13  CITY OF LAS VEGAS, a political entity,       CASE NO. 2:14-cv-00763-APG-VCF
    DOES 1-10, inclusive; ROE
14  CORPORATIONS 1-10, inclusive,

15                  Defendant.

16

17  **STIPULATION AND REQUEST TO EXTEND
    DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO
18  DEFENDANT' S MOTION FOR SUMMARYJUDGMENT**
    (First Request)

19      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CELY

20  TABLIZO, by and through her attorney KIRK T. KENNEDY, ESQ., and the Defendant CITY

21  OF LAS VEGAS, by and through its attorney JACK O. ESLINGER, ESQ., Deputy City

22  Attorney, that the parties request that this Court extend the deadline for the City of Las Vegas to

23  reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment from October 3,

24  2015, to October 15, 2015, a two-week extension.  This is the first request by stipulation to

25  extend this deadline.

26      The purpose of this extension is due to the City of Las Vegas' counsel assisting the

27  criminal division attorneys of the City Attorney's office in the Las Vegas Municipal Court with

28  scheduled trials and bond matters due to the office being extremely short-staffed.

1    This Request for an extension of time is not sought for any improper purpose or other

2    purpose of delay.  Rather, it is sought by the parties solely for the purpose of allowing sufficient

3    time for the City to file its reply in this case due to the extra duties required of City's counsel.

4    The requested modification will not alter the date of any event or any deadline already

5    fixed by Court order.

6    WHEREFORE, the parties respectfully request that this Court extend the deadline to file

7    The City's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment to

8    October 15, 2015.

9    DATED this 29th day of September, 2015.          DATED this 29th day of September, 2015.

10

11   BRADFORD R. JERBIC
     City Attorney

12

13   By: /s/ Jack O. Eslinger_____          By: /s/ Kirk T. Kennedy_____
        JACK O. ESLINGER                          KIRK T. KENNEDY, ESQ.
        Deputy City Attorney                      Nevada Bar No. 5032
14      Nevada Bar No. 8443                       815 S. Casino Center Blvd.
        495 South Main Street, Sixth Floor        Las Vegas, NV 89101
15      Las Vegas, NV 89101                       Attorney for Plaintiff
        Attorneys for CITY OF LAS VEGAS

16

17

18                           **ORDER**

19        IT IS SO ORDERED.

20        Dated:  September 29, 2015.

21

22        _____
          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28