# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CELY TABLIZO, | Case No. 2:14-cv-00763-APG-VCF |
| Plaintiff, | |
| v. | **ORDER REJECTING PROPOSED JOINT PRETRIAL ORDER** |
| CITY OF LAS VEGAS, | |
| Defendant. | |

The parties' proposed Joint Pretrial Order (ECF No. 41) does not comply with Local Rules 16-3 and 16-4.  For example, on pages 8 and 9, the parties "reserve all objections [to exhibits] as permitted by the Federal Rules of Evidence." ECF No. 41 at 8-9.  Parties cannot reserve their rights to object later because the Local Rule requires the parties to specify the grounds for their objections. LR 16-3(b)(8)(B).

The proposed Pretrial Order also fails to include a "statement by each party of whether they intend to present evidence in electronic format to jurors for purposes of jury deliberations." LR 16-3(b)(9).

The proposed Pretrial Order also fails to include addresses for the witnesses designated by each party. LR 16-3(b)(12).

Finally, the parties state they intend to offer depositions at trial, but they fail to designate the pages and lines of those depositions. LR 16-3(e)(1-2).

Local Rule 16-3 requires the parties to personally discuss these and other issues.  The requirements set forth in Local Rules 16-3 and 16-4 are designed to streamline the trial preparation and presentation, and to foster settlement.  The parties have not followed those Rules. Accordingly, the proposed Joint Pretrial Order is rejected.

////

////

1       IT IS ORDERED that the parties' Joint Pretrial Order (**ECF No. 41) is REJECTED.** The

2 parties shall personally confer as required in Local Rule 16-3, and submit a Joint Pretrial Order

3 that complies with Local Rule 16-4 within 14 days of entry of this Order.

4       DATED this 26th day of August, 2016.

5

6                                         ANDREW P. GORDON

7                                         UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28